FILED
U.S. DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS

FOR THE EASTERN DISTRICT OF TEXAS          MAR 08 2007

SHERMAN DIVISION                    DAVID J. MALAND, CLERK
                                    BY
JERRY LEE HENLINE          §        DEPUTY _____

VS.                        §        CIVIL ACTION NO. 4:03cv367

DIRECTOR, TDCJ-CID         §

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE's REPORT AND RECOMMENDATION

Petitioner Jerry Lee Henline, an inmate confined at the Beto
I Unit of the Texas Department of Criminal Justice, Correctional
Institutions Division, proceeding *pro se*, brought this petition for
writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Don D. Bush,
United States Magistrate Judge, at Sherman, Texas, for
consideration pursuant to applicable laws and orders of this court.
The Magistrate Judge recommends that the petition be denied and
dismissed.

The court has received and considered the Report and
Recommendation of United States Magistrate Judge filed pursuant to
such referral, along with the record, pleadings and all available
evidence. No objections to the Report and Recommendation of United
States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of
the magistrate judge are correct and the report of the magistrate

1

judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED this __7TH__ day of ___March___, 2007.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

2